Ron R. Shepherd, ISBN 6593
David L. Bartels, ISBN 10976
SHEP LAW GROUP
1990 North Meridian Road
Meridian, ID  83646
Telephone:  (208) 887-3444
Facsimile:  (208) 887-3443
Direct:    ron@sheplawgroup.net
          david@sheplawgroup.net
E-filing:  efile@sheplawgroup.net

Attorneys for Creditors, Raul Mendez and Maria Perez

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>DONNIE JASON CARLSON,<br><br>Debtor. | Case No. 23-00554-NGH<br><br>REQUEST FOR NOTICE |

COMES NOW, Ron R. Shepherd of the law firm of Shep Law Group, as counsel of record for Raul Mendez and Maria Perez, Inc., creditors in the above-captioned Chapter 7 case, and requests, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

> Ron R. Shepherd
> SHEP LAW GROUP
> 1990 North Meridian Road
> Meridian, ID 83646
> Telephone: (208) 887-3444
> Facsimile:  (208) 887-3443
> E-mail:  ron@rshepherdlaw.com

DATED this 16th day of October 2023

                                                 SHEP LAW GROUP

                                                        /s/ Ron R. Shepherd
                                                 RON R. SHEPHERD
                                                 Attorneys for Creditors Raul Mendez and
                                                 Maria Perez

REQUEST FOR NOTICE – 1

## CERTIFICATE OF DELIVERY

I HEREBY CERTIFY that on the 16th day of October 2023, I electronically filed the foregoing REQUEST FOR NOTICE with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| TRUSTEE | DEBTOR'S COUNSEL | US TRUSTEE |
|---|---|---|
| Timothy R. Kurtz | D. Blair Clark | ustp.region18.bs.ecf@usdoj.gov |
| trk@kurtztrustee.com | dbc@dbclarklaw.com | |

                      /s/ Ron R. Shepherd
                      RON R. SHEPHERD

REQUEST FOR NOTICE – 2