Timothy R. Kurtz, ISB No. 8774
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 956
Boise, ID 83701
Telephone (208) 287-8125
Facsimile (208) 287-8130

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

Donnie Jason Carlson

        Debtor.

Case No. 23-00554-NGH
Chapter 7

**MINUTES OF 341(a) MEETING OF CREDITORS**

Date of Meeting: 11/09/2023

Location of Meeting: - Telephonic

Recorder Track No.: 18

1. Debtor was sworn and examined.

2. Debtor's attorney was present.

3. Debtor's identification was verified.

4. Debtor's social security number was verified.

5. The following creditors appeared at the meeting: Ryan Madsen, Idaho Farm Bureau Financial Services.

6. The meeting was continued to: 11/30/2023 at 3pm MT.

Date: November 15, 2023          /s/ Timothy R. Kurtz
                                                         Chapter 7 Bankruptcy Trustee