Timothy R. Kurtz, ISB No. 8774
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 956
Boise, ID 83701
Telephone (208) 287-8125
Facsimile (208) 287-8130

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

Donnie Jason Carlson
              Debtor.

Case No. 23-00554-NGH
Chapter 7

**MINUTES OF 341(a) MEETING OF CREDITORS**

Date of Meeting: 11/30/2023

Location of Meeting: Boise, Idaho - Telephonic

Recorder Track No.: 27

1. Debtor was not sworn and not examined.

2. Debtor's attorney was not present.

3. Debtor's identification was verified.

4. Debtor's social security number was verified.

5. The following creditors appeared at the meeting:  None

6. The meeting was continued to: 12/14/2023 at 1:00pm MT.  Trustee contacted attorney Blair Clark before the meeting and notified him that his client did not need to appear, as there is still information that needs to be provided to Trustee.

Date: December 5, 2023　　　　　　　　　　　/s/  Timothy R. Kurtz
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Bankruptcy Trustee