D. Blair Clark
LAW OFFICES OF D. BLAIR CLARK PC
967 E. Parkcenter Blvd, PMB 282
Boise, ID 83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email: dbc@dbclarklaw.com
Idaho State Bar No. 1367
Attorneys for Debtors

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF IDAHO

| In re: | Case No. **23-00554-NGH** |
|---|---|
| **DONNIE JASON CARLSON** | **CERTIFICATE OF SERVICE** |
| Debtors. | |

I hereby certify that on the 13th day of December, 2023, I caused to be served a true and correct copy of the Notice of Chapter 7 Bankruptcy Case by first class mail with postage prepaid, and addressed to the following:

Liberty Mutual
PO Box 91013
Chicago, IL 60680

Liberty Mutual
100 Liberty Way
Dover, NH 003820-4597

The Hartwell Corporation
917 2nd Street South
Nampa, ID 83651

CERTIFICATE OF SERVICE - Page 1

                              T-Mobile Bankruptcy Team
                                     PO Box 53410
                                  Bellevue, WA 98015

Dated this 13th of December, 2023.

                                                LAW OFFICE OF D. BLAIR CLARK PC

                                                __/s/ D. Blair Clark_____
                                                D. Blair Clark

CERTIFICATE OF SERVICE - Page 2