Local Notice, Form B423 (12/15)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | |
| Donnie Jason Carlson ) | Case Number:    23−00554−NGH |
| 2066 E Adalaide Street ) | |
| Meridian, ID 83642 ) | Chapter Number: 7 |
| ) | |
| Social Security No.: xxx−xx−0010 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |

_____

**NOTICE TO DEBTOR OF NEED TO FILE A STATEMENT REGARDING COMPLETION OF COURSE
IN PERSONAL FINANCIAL MANAGEMENT (Official Form 423)**

PLEASE BE ADVISED that individual chapter 7 debtors, with very limited exceptions, must complete an instructional course in personal financial management in order to receive a discharge under § 727 of the Bankruptcy Code. Pursuant to Federal Rule of Bankruptcy Procedure 1007(b)(7), all debtors must complete and file Official Form 423 entitled "Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management". Under Rule 1007(c), Official Form 423 must be filed within 60 days of the first date set for the meeting of creditors held under § 341.

Debtors are hereby notified that Official Form 423 must be filed before a discharge can be entered. Failure to file Official Form 423 may result in the case being closed without entry of a discharge. If the debtor(s) subsequently file a Motion to Reopen the case to file Official Form 423, the debtor(s) must pay the reopening fee. If you are represented by counsel, please return the attached certification to your attorney to be filed with the Court. If you are not represented by counsel, please return the attached certification to the appropriate office:

| Boise Office | Pocatello Office | Coeur d'Alene Office |
|---|---|---|
| U.S. Bankrupcty Court | U.S. Bankrupcty Court | U.S. Bankrupcty Court |
| 550 W. Fort St., Rm 400 | 801 E. Sherman St., Rm 304 | 6450 N. Mineral Dr., Rm 148 |
| Boise, ID 83724 | Pocatello, ID 83201 | Coeur d'ALene, ID 83815 |

Dated: 12/26/23

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court

_____

Exceptions to the requirement of completing a personal financial management course exist for those debtors who are incapacitated or disabled, or on active military duty in a military combat zone. Such debtors must still file Official Form 423, specifying thereon the basis of any claimed exception. *See* § 727(a)(11); § 109(h)(4).

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Donnie Jason Carlson** | Social Security number or ITIN **xxx–xx–0010** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Idaho** | Date case case filed for chapter **7   10/9/23** |
| Case number: | **23–00554–NGH** | |

Official Form 423
# Certification About a Financial Management Course

12/15

**If you are an individual, you must take an approved course about personal financial management if:**

- **you filed for bankruptcy under chapter 7 or 13, or**
- **you filed for bankruptcy under chapter 11 and § 1141 (d)(3) applies.**

**In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).**

**After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.**

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.**

## Part 1:   Tell the Court About the Required Course

*You must check one:*

☐ **I completed an approved course in personal financial management:**

Date I took the course    _____
                          MM / DD / YYYY

Name of approved provider    _____

Certificate number           _____

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** (check one):

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

☐ **Residence.**   I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

## Part 2:   Sign Here

I certify that the information I have provided is true and correct.

_____    _____    Date _____
Signature of debtor named on certificate          Printed name of debtor                          MM / DD / YYYY

Official Form 423          **Certification About a Financial Management Course**