# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−1 | User: admin | Date Created: 12/26/2023 |
| Case: 23−00554−NGH | Form ID: ntcfm46 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust     US Trustee     ustp.region18.bs.ecf@usdoj.gov
aty     D Blair Clark     dbc@dbclarklaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Donnie Jason Carlson     2066 E Adalaide Street     Meridian, ID 83642

TOTAL: 1