Local Notice, Form B423 (12/15)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: | |
| Donnie Jason Carlson | Case Number:  23−00554−NGH |
| 2066 E Adalaide Street | |
| Meridian, ID 83642 | Chapter Number: 7 |
| | |
| Social Security No.: xxx−xx−0010 | |
| Employer's Tax I.D. No.: | |
| | |
| Debtor | |

_____

**NOTICE TO DEBTOR OF NEED TO FILE A STATEMENT REGARDING COMPLETION OF COURSE**
**IN PERSONAL FINANCIAL MANAGEMENT (Official Form 423)**

PLEASE BE ADVISED that individual chapter 7 debtors, with very limited exceptions, must complete an instructional course in personal financial management in order to receive a discharge under § 727 of the Bankruptcy Code. Pursuant to Federal Rule of Bankruptcy Procedure 1007(b)(7), all debtors must complete and file Official Form 423 entitled "Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management". Under Rule 1007(c), Official Form 423 must be filed within 60 days of the first date set for the meeting of creditors held under § 341.

Debtors are hereby notified that Official Form 423 must be filed before a discharge can be entered. Failure to file Official Form 423 may result in the case being closed without entry of a discharge. If the debtor(s) subsequently file a Motion to Reopen the case to file Official Form 423, the debtor(s) must pay the reopening fee. If you are represented by counsel, please return the attached certification to your attorney to be filed with the Court. If you are not represented by counsel, please return the attached certification to the appropriate office:

| Boise Office | Pocatello Office | Coeur d'Alene Office |
|---|---|---|
| U.S. Bankrupcty Court | U.S. Bankrupcty Court | U.S. Bankrupcty Court |
| 550 W. Fort St., Rm 400 | 801 E. Sherman St., Rm 304 | 6450 N. Mineral Dr., Rm 148 |
| Boise, ID 83724 | Pocatello, ID 83201 | Coeur d'ALene, ID 83815 |

Dated: 12/26/23

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court

_____

    Exceptions to the requirement of completing a personal financial management course exist for those debtors who are incapacitated or disabled, or on active military duty in a military combat zone. Such debtors must still file Official Form 423, specifying thereon the basis of any claimed exception. *See* § 727(a)(11); § 109(h)(4).

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Donnie Jason Carlson** | Social Security number or ITIN   xxx–xx–0010 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Idaho** | | Date case filed for chapter  **7**   **10/9/23** |
| Case number:   **23–00554–NGH** | | |

Official Form 423
## Certification About a Financial Management Course

12/15

**If you are an individual, you must take an approved course about personal financial management if:**

- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) applies.

**In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).**

**After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.**

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.**

---

### Part 1:   Tell the Court About the Required Course

*You must check one:*

☐  **I completed an approved course in personal financial management:**

   Date I took the course    _____
                              MM / DD / YYYY

   Name of approved provider   _____

   Certificate number          _____

☐  **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** (check one):

   ☐  **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐  **Disability.**   My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐  **Active duty.**   I am currently on active military duty in a military combat zone.

   ☐  **Residence.**   I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

---

### Part 2:   Sign Here

I certify that the information I have provided is true and correct.

_____    _____    Date _____
Signature of debtor named on certificate      Printed name of debtor                 MM / DD / YYYY

Official Form 423       **Certification About a Financial Management Course**

United States Bankruptcy Court

District of Idaho

In re:  
Donnie Jason Carlson  
    Debtor

Case No. 23-00554-NGH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0976-1     User: admin     Page 1 of 2  
Date Rcvd: Dec 26, 2023     Form ID: ntcfm46     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Donnie Jason Carlson, 2066 E Adalaide Street, Meridian, ID 83642-1204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| D Blair Clark | on behalf of Debtor Donnie Jason Carlson dbc@dbclarklaw.com mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com |
| Ronald Robert Shepherd | on behalf of Creditor Maria Perez ron@sheplawgroup.net brenda@rshepherdlaw.com |
| Ronald Robert Shepherd | on behalf of Creditor Raul Mendez ron@sheplawgroup.net brenda@rshepherdlaw.com |
| Timothy R. Kurtz | trk@kurtztrustee.com meg@kurtztrustee.com;mmn@kurtztrustee.com;admin@kurtztrustee.com;ID20@ecfcbis.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0976-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 26, 2023 | Form ID: ntcfm46 | Total Noticed: 1 |

TOTAL: 5