Timothy R. Kurtz, ISB No. 8774
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 956
Boise, ID 83701
Telephone (208) 287-8125
Facsimile (208) 287-8130

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

Donnie Jason Carlson
         Debtor.

Case No. 23-00554-NGH
Chapter 7

**MINUTES OF 341(a) MEETING OF CREDITORS**

Date of Meeting: 01/04/2024

Location of Meeting: Boise, Idaho - Telephonic

Recorder Track No.: 35

1. Debtor was not sworn and not examined.

2. Debtor's attorney was present.

3. The following creditors appeared at the meeting: None

4. Trustee was not provided with the requested information, and therefore the meeting was continued to: January 18, 2024 at 1:00 pm MT, to be held telephonically by calling 1-877-386-7687 and entering access code 8741318.

Date: January 9, 2024

/s/ Timothy R. Kurtz
Chapter 7 Bankruptcy Trustee