Timothy R. Kurtz, ISB No. 8774
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 956
Boise, ID 83701
Telephone (208) 287-8125
Facsimile (208) 287-8130

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

Donnie Jason Carlson,

        Debtor.

Case No. 23-00554 – NGH
Chapter 7

**MINUTES OF 341(a) MEETING OF CREDITORS**

Date of Meeting: 01/18/2024

Location of Meeting: Boise, Idaho - Telephonic

Recorder Track No.: 04

1. Debtor was sworn and examined.
2. Debtor's attorney was present.
3. Debtor's identification was verified.
4. Debtor's social security number was verified.
5. The following creditors appeared at the meeting: None
6. The meeting was concluded.

Date: January 19, 2024

/s/ Timothy R. Kurtz
Chapter 7 Bankruptcy Trustee