Timothy R. Kurtz, ISB No. 8774
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 956
Boise, ID 83701
Telephone (208) 287-8125
Facsimile (208) 287-8130

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:

Carlson, Donnie Jason

Debtors.

Case No. 23-00554-NGH
Chapter 7

**TRUSTEE'S OBJECTION TO EXEMPTION**

**NOTICE OF OBJECTION TO EXEMPTION AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **14** days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

TO THE ABOVE NAMED COURT, THE DEBTORS AND DEBTORS' ATTORNEY:

**NOTICE**

YOU ARE HEREBY NOTIFIED that the Trustee of the above estate objects to the following exemption(s) claimed by the debtor(s) in this proceeding:

| Asset | Specific Law | Value of Exemption |
|---|---|---|
| 2015 Dodge Ram 1500 | I.C. § 11-605(3) | $10,000.00 |

**TRUSTEE'S OBJECTION TO EXEMPTION - 1**

YOU ARE FURTHER NOTIFIED that the Trustee will ask the Court to grant an Order sustaining the objection(s) without further hearing unless a written reply to the Trustee's objection is filed in duplicate within fourteen (14) days from the date this objection is mailed. File the original (1) with the U.S. Bankruptcy Court, 550 W. Fort St., Boise, ID 83724; and (2) a copy with the Trustee. A written response to the Trustee's objection must be set for hearing and notice thereof mailed to parties in interest.

## OBJECTION

Trustee objects to the Debtors' claim of exemption in the above-listed property, as the property may not by covered, in whole or in part, by the exemption statute listed. The Debtor is attempting to use Idaho's motor vehicle exemption statute to exempt a 2015 Dodge Ram 1500, VIN No. 1C6RR7MT9FS588866, that was not lawfully registered on October 9, 2023.

Trustee held a continued 341 meeting of creditors on January 18, 2024, and therefore this filing is timely. The 2015 Dodge Ram 1500 ("Vehicle") is listed in the Debtor's schedules with a value of $18,000.00 and a lien of $5,500.00, however the Debtor testified that there is no lien against the Vehicle. Moreover, the Debtor also testified that he sold the Vehicle after filing bankruptcy and received $11,000.00 in cash.

On the Petition Date, the Vehicle was not properly registered and therefore is not entitled to an exemption under Idaho Code 11-605(3), as the vehicle was not legally operable on the date of filing. See e.g. *In re Walsh*, 14-01778-TLM (Bankr. D. Idaho 2014) (vehicle was not registered on the petition date and therefore did not qualify as a "motor vehicle" pursuant to Idaho Code 11-605(3)). In order for a vehicle to qualify as exempt under Idaho Code § 11–605(3), that vehicle must not only be self-propelled, but also must be capable of being lawfully operated on a public street or highway. At a minimum, that requires the vehicle to be registered and properly equipped in accordance with Idaho's motor vehicle laws. This approach is consistent with the purpose of the motor vehicle exemption law. *In re Sanders*, 03.1 I.B.C.R. at 58. See also *In re Haworth*, 604 B.R. 394, 398 (Bankr. D. Idaho 2019) ("this Court has construed the 'is or may be used upon the highway' component of the definition of an exempt motor vehicle as a reference to the lawful use of the vehicle. If the subject vehicle could not be lawfully operated on a public street or highway, the Court has refused to allow an exemption").

Therefore, the Vehicle is not exempt under Idaho Code § 11-605(3).

Date: February 14, 2024                                    /s/ Timothy R. Kurtz
                                                                                       Chapter 7 Bankruptcy Trustee

**TRUSTEE'S OBJECTION TO EXEMPTION - 2**

## CERTIFICATE OF SERVICE

      I hereby certify that on this date as indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

    D Blair Clark    dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com
    Ronald Robert Shepherd    ron@sheplawgroup.net, brenda@rshepherdlaw.com
    US Trustee    ustp.region18.bs.ecf@usdoj.gov

*Served by U.S. MAIL*

    Donnie Jason Carlson
    2066 E Adalaide Street
    Meridian, ID 83642

                                                /s/ Timothy R. Kurtz
                                                Date: February 14, 2024

**TRUSTEE'S OBJECTION TO EXEMPTION - 3**